**UNITED STATES of America,**
**Appellee,**

v.

**William HANSEN, Appellant.**

**No. 06–3092.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Aug. 24, 2007.

Filed: Sept. 14, 2007.

Kimberly C. Bunjer, Assistant U.S. Attorney, John Higgins, U.S. Attorney's Office, Omaha, NE, for Appellee.

William Hansen, North Platte, NE, pro se.

Before BYE, RILEY, and MELLOY, Circuit Judges.

PER CURIAM.

William Hansen (Hansen) appeals the 120–month statutory mandatory minimum prison sentence the district court[1] imposed upon his guilty plea to conspiring to distribute and possess with intent to distribute at least 500 grams of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1) and 846. Hansen's counsel moves to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing Hansen's sentence is unreasonable under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). This argument is unavailing. *See United States v. Gregg,* 451 F.3d 930, 937 (8th Cir.2006) (stating "*Booker* does not relate to statutorily-imposed sentences").

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. We grant counsel's motion to withdraw, and we affirm.

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.